Argued January 20, affirmed February 13, 1978

SMITH, *Respondent,*
*v.*
ECCLES MOTOR COMPANY, *Appellant.*
(No. 77-30 E, CA 9313)
574 P2d 365

Mel Kosta, Klamath Falls, argued the cause and filed the brief for appellant.

David R. Vandenberg, Jr., Klamath Falls, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

The sole issue in this case is whether claimant is permanently and totally disabled. As did all the triers of fact below, we find that he is. *Wilson v. Weyerhaeuser,* 30 Or App 403, 567 P2d 567 (1977).

Affirmed.